WRIT OF COMMITMENT

 TO THE SHERIFF OF ANY COUNTY OR ANY CONSTABLE OF ANY COUNTY WITHIN THE
STATE OF TEXAS, GREETINGS:

 WHEREAS, on the 14th day of December, 2007, in The Supreme Court of
Texas, an order was issued in the following case, to-wit:
 IN THE SUPREME COURT OF TEXAS

 ------------
 No. 07-0714
 ------------
 IN RE STEPHANIE ANN BOURG
 --------------------------------------------------
 On Petition for Writ of Habeas Corpus
 --------------------------------------------------

 Relator's petition for writ of habeas corpus filed herein on September
7, 2007, in the above numbered and entitled cause having been duly
considered in chambers, it is ordered that said petition be and hereby is
denied. The Order issued by this Court on September 19, 2007, releasing
relator conditioned upon the posting of a bond in the amount of $250.00 is
withdrawn, and the bond is hereby revoked. Relator is ordered remanded to
the custody of the Sheriff of Harris County, Texas, to complete the terms
of the ORDER REVOKING SUSPENSION OF COMMITMENT AND FOR COMMITMENT IN THE
HARRIS COUNTY JAIL signed on July 26, 2007, by Annette Galik, Judge in the
245th District Court of Harris County, Texas, in Cause No. 2002-03005,
styled Chad Clay v. Stephanie Ann Bourg and in the interest of J.K.C., A
Minor Child.
 It is further ordered that relator, Stephanie Ann Bourg, pay the
costs in this Court in this case.

 ***************
WHEREFORE you are hereby commanded to take the said STEPHANIE ANN BOURG and
convey her to the jail in HARRIS COUNTY, TEXAS, to be incarcerated and held
therein until such time as she has purged herself of the aforesaid
contempt.
 Herein fail not, AND DUE RETURN MAKE AS THE LAW DIRECTS OF THIS writ.
 BY ORDER OF THE SUPREME COURT OF TEXAS OF THE STATE OF TEXAS,
 with the Seal thereof annexed at the
 City of Austin, this 14th day of
 December, 2007.

 BLAKE HAWTHORNE, CLERK
 SUPREME COURT OF TEXAS